**Shirley WIGGINS; Ronnie Howell, Plaintiffs—Appellants,**

v.

**MARTIN COUNTY BOARD OF EDU-CATION; Karen Dameron; Reatha Garner, deceased; Angela Matthews; Willie C. Peele; Lisa Gauls; Janet Kallen; Tom Daily; Bonita Andrews; Brenda White; Perry James; Angela Freeman, Defendants—Appellees.**

No. 04–2118.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 28, 2005.

Decided March 18, 2005.

Before WILLIAMS and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Appellants appeal the district court's order dismissing this action filed under the Family Education Rights and Privacy Act. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Wiggins v. Martin County Bd. of Ed.,* No. CA–04–17–4–FL(4) (E.D.N.C. filed Aug. 18, 2004 & entered Aug. 19, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*